**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

IN RE:                                                                    CASE NO: 15-50402

Randy Michael Roope

SSN# : XXX-XX-7344

**TRUSTEE'S OBJECTION TO CLAIM**

**The undersigned Chapter 13 Trustee objects to the following proof of claim for the specific reason as set forth herein:**

| Trustee Claim # | Clerk Claim # | Creditor Name | Account Number | Filed Claim Amount | Amount Paid Through Plan | Claim Type |
|---|---|---|---|---|---|---|
| 4 | 4 | SPRINGLEAF FINANCIAL SERVICES INC | 0917 | $0.00 | $0.00 | M-Mortgage/Lease |

The documents filed as alleged proofs of claims do not comply with federal law requiring the assertion of the filing under penalty of perjury, and otherwise do not substantially comply with the required Form B10. Therefore, the proofs of claims should be stricken.

The trustee's objection is intended to resolve the treatment of the claim under the Chapter 13 plan. It may not be determinative of the status of affected lien(s) upon discharge.

DATED:  August 21, 2015                                                                Steven G. Tate
                                                                                                           Chapter 13 Trustee

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

IN RE:
Randy Michael Roope                                                         CASE NO: 15-50402

SSN# :   XXX-XX-7344

### NOTICE OF OPPORTUNITY FOR HEARING

The Chapter 13 trustee has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the court to eliminate or change your claim, then you or your attorney must file with the court a written response to the objection, explaining your position, and a request for a hearing by September 04, 2015 at the following address:

    CLERK, U.S. BANKRUPTCY COURT
    401 W Trade St Room 111
    Charlotte, NC  28202

If you **mail** your response to the court for filing, you must mail it early enough for the court to **receive** it on or before the deadline stated above.

You must also mail a copy of your response to the debtor's attorney at the following mailing address:

ROBERT P LANEY
ATTORNEY AT LAW
906 MAIN STREET
NORTH WILKESBORO, NC  28659

If you file a response, then a hearing on the trustee's objection will be held at the following time and place:

Date: October 09, 2015            Time:  9:30 AM

Location:    U.S. Courthouse
             Main Courtroom, First Floor
             200 West Broad Street
             Statesville , NC 28677

**No hearing will be held unless a response is filed.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

Dated: August 21, 2015                                          Steven G. Tate
                                                                Chapter 13 Trustee
                                                                212 Cooper St
                                                                Statesville, NC  28677-5856
                                                                (704) 872-0068
                                                                general@ch13sta.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

IN RE:                                                                                              CASE NO: 15-50402
Randy Michael Roope

SSN# : XXX-XX-7344

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 8/21/2015.

                                                                  J. Moore
                                                                Office of the Chapter 13 Trustee

CT CORPORATION SYSTEM, C/O SPRINGLEAF FINANCIAL SERVICES INC, 150 FAYETTEVILLE ST BOX 1011, RALEIGH NC 27601-2957
Randy Michael Roope, Post Office Box 483, Hays, NC  28635
SPRINGLEAF FINANCIAL SERVICES INC, PO BOX 3251, EVANSVILLE, IN  47731-3251