FILED & JUDGMENT ENTERED
Steven T. Salata

Oct 13 2015

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

IN RE:

Randy Michael Roope

SSN#: XXX-XX-7344

Chapter 13
CASE NO:    15-50402
Related Court Docket Number:   12

**ORDER**

ON 10/09/2015,  AFTER NOTICE, THIS MATTER CAME ON FOR CONSIDERATION WITHOUT PROTEST UPON: Trustee's Objection to the claim of  Springleaf Financial Services Inc (Court Claim #4)

   **AND, THIS COURT FINDS** that:
[ X ] The documents filed as alleged proofs of claims do not comply with federal law requiring the assertion of the filing under penalty of perjury, and otherwise do not substantially comply with the required Form B10.

   **IT IS, THEREFORE, ORDERED** that:
[ X ] Therefore, the proofs of claims should be stricken.

This Order has been signed electronically,
pursuant to administrative order of the Court.
Effective as of date of entry.

Laura T. Beyer
UNITED STATES BANKRUPTCY JUDGE

{:20151009080632:}